STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorney for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 1997

at __ U __ o'clock and __ ca __ min. __ A __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 97 00953 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 USC § 846, 841(a)(1); |
| | ) | 18 USC § 2] |
| MICHAEL VITOLO aka "Capone," (01), | ) | |
| KENNETH LAU aka "Splinter," (02), | ) | |
|     aka "Victor Lee," | ) | |
| SCOTT AUGAFA aka "Ace," (03), | ) | |
| KENETI TAFISI aka "Neti," (04), | ) | |
| GORDON FRANCISCO (05), | ) | |
| JAMES DEARMIN aka "Keoni," (06), | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown, but from at least May 1, 1995 to on or about July 26, 1996, in the District of Hawaii and elsewhere, MICHAEL VITOLO aka "Capone," KENNETH LAU aka "Splinter," aka "Victor Lee,"

SCOTT AUGAFA aka "Ace," KENETI TAFISI aka "Neti," GORDON FRANCISCO, and JAMES DEARMIN aka "Keoni," defendants herein, together with Richard Manzano and Guy Wilson, did conspire together with each other and others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute in excess of 100 grams of crystal methamphetamine - "ice," a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### Count 2

The Grand Jury further charges that:

On or about August 11, 1997, in the District of Hawaii, defendant SCOTT AUGAFA aka "Ace" did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice" in excess of ten grams, that is, approximately twenty-eight grams of crystal methamphetamine - "ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

The Grand Jury further charges that:

On or about August 12, 1997, in the District of Hawaii and elsewhere, the defendant JAMES DEARMIN aka "Keoni" did knowingly and

2

intentionally possess with intent to distribute a quantity of methamphetamine in excess of 1000 grams, that is, approximately fifteen (15) pounds of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: August 14, 1997, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney

USA v. Michael Vitolo, et al.
"INDICTMENT"
Cr. No. _____

3