STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorney for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 5 1997

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 97-00953 HG |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 USC §§ 846 and |
| MICHAEL VITOLO aka "Capone,"(01), | ) | 841(a)(1); 18 USC §§ |
| KENNETH LAU aka "Splinter," (02), | ) | 1956(a)(1)(A)(i) and 2] |
| aka "Victor Lee," | ) | |
| SCOTT AUGAFA aka "Ace,"      (03), | ) | |
| KENETI TAFISI aka "Neti,"    (04), | ) | |
| GORDON FRANCISCO,            (05), | ) | |
| JAMES DEARMIN aka "Keoni,"   (06), | ) | |
| RODNEY MORRIS,               (07), | ) | |
| aka "Rocket Rodney," | ) | |
| JOHN MORTON,                 (08), | ) | |
| | ) | |
| Defendants. | ) | |

SECOND SUPERSEDING INDICTMENT

### COUNT 1

The Grand Jury charges that:

From a date unknown, but from at least November 1, 1994 to on or about July 26, 1996, in the District of Hawaii and elsewhere, MICHAEL VITOLO aka "Capone," KENNETH LAU aka "Splinter," aka "Victor Lee," SCOTT AUGAFA aka "Ace," KENETI TAFISI aka "Neti," GORDON FRANCISCO, JAMES DEARMIN aka "Keoni," RODNEY MORRIS aka "Rocket Rodney," and JOHN MORTON, defendants herein, together with Richard Manzano and Guy Wilson, did conspire together with each other and others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute in excess of 100 grams of crystal methamphetamine - "ice," a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

The Grand Jury further charges that:

On or about August 11, 1997, in the District of Hawaii, defendant SCOTT AUGAFA aka "Ace" did knowingly and intentionally

2

possess with intent to distribute a quantity of crystal
methamphetamine - "ice" in excess of ten grams, that is,
approximately twenty-eight grams of crystal methamphetamine -
"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code,
Section 841(a)(1).

<u>COUNT 3</u>

The Grand Jury further charges that:

On or about August 12, 1997, in the District of Hawaii
and elsewhere, defendant JAMES DEARMIN aka "Keoni" did knowingly
and intentionally possess with intent to distribute a quantity of
methamphetamine in excess of 1000 grams, that is, approximately
fifteen (15) pounds of methamphetamine, a Schedule II controlled
substance.

All in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 4</u>

The Grand Jury further charges that:

On or about May 24, 1996, in the District of Hawaii and
elsewhere, defendant MICHAEL VITOLO aka "Capone," did knowingly
and willfully conduct and attempt to conduct a financial
transaction affecting interstate and foreign commerce, to wit,

3

the Western Union wire transfer of $1,900 in United States

currency which involved proceeds of a specified unlawful

activity, that is the distribution of crystal methamphetamine -

"ice" with the intent to promote the carrying on of specified

unlawful activity, to wit: the distribution of crystal

methamphetamine - "ice," and that while conducting and attempting

to conduct such financial transactions knew that the property

involved in the financial transaction, that is, monetary

instruments in the amount of $1,900 in United States currency

represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code,

Sections 1956(a)(1)(A)(i) and 2.

<u>COUNT 5</u>

The Grand Jury further charges that:

On or about April 14, 1996, in the District of Hawaii

and elsewhere, defendant KENNETH LAU aka "Splinter," aka "Victor

Lee," did knowingly and willfully conduct and attempt to conduct

a financial transaction affecting interstate and foreign

commerce, to wit, the Western Union wire transfer of $2,000 in

United States currency which involved proceeds of a specified

unlawful activity, that is the distribution of crystal

methamphetamine - "ice" with the intent to promote the carrying

4

on of specified unlawful activity, to wit: the distribution of crystal methamphetamine - "ice," and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction, that is, monetary instruments in the amount of $2,000 in United States currency represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

### COUNT 6

The Grand Jury further charges that:

On or about July 4, 1996, in the District of Hawaii and elsewhere, defendant KENNETH LAU aka "Splinter," aka "Victor Lee," did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the Western Union wire transfer of $2,500 in United States currency which involved proceeds of a specified unlawful activity, that is the distribution of crystal methamphetamine - "ice" with the intent to promote the carrying on of specified unlawful activity, to wit: the distribution of crystal methamphetamine - "ice," and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction, that is, monetary

instruments in the amount of $2,500 in United States currency

represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code,

Sections 1956(a)(1)(A)(i) and 2.

<u>COUNT 7</u>

The Grand Jury further charges that:

On or about October 15, 1995, in the District of Hawaii

and elsewhere, defendant GORDON FRANCISCO, did knowingly and

willfully conduct and attempt to conduct a financial transaction

affecting interstate and foreign commerce, to wit, the Western

Union wire transfer of $2,500 in United States currency which

involved proceeds of a specified unlawful activity, that is the

distribution of controlled substances with the intent to promote

the carrying on of specified unlawful activity, to wit: the

distribution of controlled substances, and that while conducting

and attempting to conduct such financial transactions knew that

the property involved in the financial transaction, that is,

monetary instruments in the amount of $2,500 in United States

currency represented the proceeds of some form of unlawful

activity.

All in violation of Title 18, United States Code,

Sections 1956(a)(1)(A)(i) and 2.

6

COUNT 8

The Grand Jury further charges that:

On or about April 14, 1996, in the District of Hawaii and elsewhere, defendant KENETI TAFISI aka "Neti," did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the Western Union wire transfer of $2,000 in United States currency which involved proceeds of a specified unlawful activity, that is the distribution of crystal methamphetamine - "ice" with the intent to promote the carrying on of specified unlawful activity to wit: the distribution of crystal methamphetamine - "ice," and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction, that is, monetary instruments in the amount of $2,000 in United States currency represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

COUNT 9

The Grand Jury further charges that:

On or about December 7, 1996, in the District of Hawaii and elsewhere, defendant JOHN MORTON did knowingly and

7

intentionally aid and abet James Dearmin in his conduct of a financial transaction affecting interstate and foreign commerce, to wit, the Western Union wire transfer of $4,000 in U.S. currency, which involved the proceeds of a specified unlawful activity, that is the distribution of crystal methamphetamine - "ice," with the intent to promote the carrying on of specified unlawful activity, to wit: the distribution of crystal methamphetamine - "ice" and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction that is in the amount of $4,000 in U.S. currency represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

<u>COUNT 10</u>

The Grand Jury further charges that:

In or about August 1995, in the District of Hawaii, defendant SCOTT AUGAFA aka "Ace" did knowingly and intentionally possess with intent to distribute approximately five ounces of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 11</u>

The Grand Jury further charges that:

In or about September 1995, in the District of Hawaii, defendant SCOTT AUGAFA, aka "Ace," did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice" in excess of ten grams, that is, approximately two ounces of crystal methamphetamine - "ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED:     _Dec. 3, 1997_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


_____
STEVEN S. ALM
United States Attorney
District of Hawaii


_____
ELLIOT ENOKI
First Assistant U. S. Attorney


_____
THOMAS MUEHLECK
Assistant U.S. Attorney


USA v. Michael Vitolo, et al.
"SECOND SUPERSEDING INDICTMENT"
Cr. No. 97-00953 HG

9